Homeland Security Investigations
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111



# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Snap, Inc.<br>Custodian of Records<br>2772 Donald Douglas Loop North<br>Santa Monica, California 90405 | **Date:** | 10/4/2024 |
| | | **Service Methods:** | Z-Email |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | lawenforcement@snapchat.com |
| | | **Agent Phone:** | (701) 690-2841 |
| | | **Agent Email:** | alexander.b.ganzemiller@hsi.dhs.gov |
| **From:** | Alexander Ganzemiller | | |

☐ **Urgent**         ☐ **Action**         ☐ **Concurrence**         ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-6J-2025-001327-001

Please respond by 10/18/2024 8:00 AM CST

| 1. To (Name, Address, City, State, Zip Code)<br>Snap, Inc.<br>Custodian of Records<br>2772 Donald Douglas Loop North<br>Santa Monica, California 90405 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-6J-2025-001327-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Alexander Ganzemiller<br>Special Agent<br>7 Third Street Se<br>Suite B<br>Minot, ND 58702<br>United States | Telephone<br><br>(701) 690-2841<br>Fax | 10/18/2024 8:00 AM CST |

| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Alexander Ganzemiller | 5. Date of issue - 10/4/2024 2:09 PM EST<br><br>By: *[signature]* |
|---|---|
| *[DHS seal]*<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons |
| | Name    Jamie Holt<br>Title    SAC<br>Address  Homeland Security Investigations<br>         1 Federal Drive<br>         Fort Snelling, MN 55111<br>         United States<br><br>Telephone    (612) 843-8806 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2024.10.04 18:10:05 +00:00

| | | |
|---|---|---|
| 1. | To (Name, Address, City, State, Zip Code)<br>Snap, Inc.<br>Custodian of Records<br>2772 Donald Douglas Loop North<br>Santa Monica, California 90405 | **DEPARTMENT OF HOMELAND SECURITY**<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-6J-2025-001327-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

☒ **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to a child exploitation investigation being conducted by Homeland Security Investigations (HSI), your office is requested to provide any and all basic subscriber records, to include subscriber name, any identifying information, length of service, credit card information, email address(es), and login/logout IP address(s) regarding the below Snapchat usernames from 01/01/2022 to Present:

little_one1513
lori_kelley1909
bbycozy
duhitzsabrian04
mesilei_finau20

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent Alexander Ganzemiller at alexander.b.ganzemiller@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Alexander Ganzemiller at U.S. Immigration and Customs Enforcement:
7 Third Street Se Suite B, Minot, ND, 58702

If you have questions, please contact Special Agent Alexander Ganzemiller at (701) 690-2841.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

DHS Form 3115 (6/09) - Page 4 of 4